**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 15-6964

BRYANT KEITH BENTLEY,

Plaintiff - Appellant,

v.

DR. COLON, former Chief Dental Officer; MR. SMITH, Dental
Hygienist,

Defendants - Appellees.

Appeal from the United States District Court for the District of
South Carolina, at Rock Hill.  R. Bryan Harwell, District Judge.
(0:13-cv-02322-RBH)

Submitted:  October 20, 2015          Decided:  October 23, 2015

Before MOTZ, KEENAN, and THACKER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Bryant Keith Bentley, Appellant Pro Se.  Marshall Prince, II,
Assistant United States Attorney, Columbia, South Carolina, for
Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Bryant Keith Bentley appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his complaint filed pursuant to Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics, 403 U.S. 388 (1971). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Bentley v. Colon, No. 0:13-cv-02322-RBH (D.S.C. May 27, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED